IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| CELINE SA,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | Case No. 23-cv-02652<br><br>Judge Charles P. Kocoras<br><br>Magistrate Judge Maria Valdez |

**DECLARATION OF JOHN HAARLOW, JR. IN SUPPORT
OF CELINE'S MOTION FOR MODIFIED PRELIMINARY INJUNCTION**

I, John Haarlow, Jr. declare as follows:

1.    I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Celine SA ("Celine"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.    On May 25, 2023, the Court entered a Temporary Restraining Order ("TRO") providing that "Celine may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order and other relevant documents on a website, and by sending an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Nicolas Lambert and any e-mail addresses provided for Defendants by third parties that includes a link to said website."

1

3. On June 23, 2023, I sent an email to Defendant 66 using an email address provided by a third party. The email contained a link to the Complaint, the TRO, the Motion for Preliminary Injunction and Memorandum and Declaration in support thereof, and other relevant documents on a website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 23rd day of June 2023 at Chicago, Illinois.

/s/ John Haarlow, Jr.
John Haarlow, Jr.
*Counsel for Plaintiff Celine, SA*